OPINION – VACATED – 01/28/2011